NO. 07-05-0455-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 13, 2006

_____

MICHAEL DAVID GERIK, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;

NO. 6918; HONORABLE LEE W. WATERS, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Michael David Gerik's motion to dismiss his appeal. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by appellant. No decision of this Court having been delivered to date, we grant

the motion. No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.